UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

S.G., et al.,

                                          Plaintiffs,                        23-CV-02550 (JPC)(SN)

              -against-                                                 **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                          Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' agreement to settle, the conference scheduled for January 5, 2024, is ADJOURNED without date.

**SO ORDERED.**

*[signature]*

SARAH NETBURN
United States Magistrate Judge

DATED:    January 4, 2024
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2024